UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JESSE B. HOLMES, | 2:10-CV-01774-PMP-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| LARRY A. ATKINSON, | |
| Defendant. | |

The Court having conducted a *de novo* review of these proceedings, and good cause appearing,

**IT IS ORDERED** that the Report and Recommendation of the Honorable Peggy A. Leen, United States Magistrate Judge (Doc. #7) is hereby **AFFIRMED**.

**IT IS FURTHER ORDERED that** Plaintiff's Complaint is hereby **DISMISSED** with prejudice.

DATED: April 4, 2011.

_____
PHILIP M. PRO
United States District Judge